**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **LOG CABIN HOMES, LTD.,** | CASE NO. 8:11CV102 |
| Plaintiff, | |
| v. | ORDER |
| **CABELA'S MARKETING AND BRAND MANAGEMENT,** | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Filing No. 2). On March 21, 2011, the Court granted the Motion for Temporary Restraining Order in part, and noted that a hearing on the Plaintiff's Motion for Preliminary Injunction would be scheduled at the convenience of the parties. (See Text Minute Entry at Filing No. 10.) The Motion for Preliminary Injunction is now ripe for consideration.

Accordingly,

IT IS ORDERED:

1. If either party wishes a hearing on the Motion for Preliminary Injunction, counsel for such party will contact the courtroom deputy, Marian Frahm, on or before May 5, 2011, to schedule the hearing; and

2. If neither party requests such a hearing, the Motion for Preliminary Injunction will be denied as moot.

DATED this 27th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge