IN THE UNITED STATES district COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOG CABIN HOMES LTD., | ) | CASE NO. 8:11-cv-102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CABELA'S MARKETING AND BRAND MANAGEMENT, | ) | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW the parties, Plaintiff Log Cabin Homes Ltd. and Defendant Cabela's Marketing and Brand Management, by and through their undersigned counsel, and hereby stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice, each party to pay its own costs and fees.

Dated this 30th day of June, 2011.

CABELA'S MARKETING AND
BRAND MANAGEMENT, Defendant

By: /s/ Victoria H. Buter
    Thomas H. Dahlk, #15371
    Victoria H. Buter, #23841
    HUSCH, BLACKWELL LP
    1620 Dodge Street, Suite 2100
    Omaha, NE 68102
    (402) 964-5031
        and
    Alan L. Barry
    Christopher J. Fahy
    K& L GATES LAW FIRM
    60 West Madison Street, Suite 3100
    Chicago, IL 60602-4207
    ATTORNEYS FOR DEFENDANT

LOG CABIN HOMES LTD., Plaintiff

By: /s/ Patrick S. Cooper
    Patrick S. Cooper, #22399
    Stephen M. Bruckner, #17073
    Mark C. Laughlin, #19712
    Patrick S. Cooper, #22399
    Fraser Stryker PC LLO
    500 Energy Plaza
    409 South 17th Street
    Omaha, Nebraska 68102
    (402) 341-6000
    ATTORNEYS FOR PLAINTIFF

592838